IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA L. O'BRIEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:23-cv-81-ECM |
| | ) |
| CHRISTINE WORMUTH, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On December 1, 2023, the Magistrate Judge entered a Recommendation (doc. 8) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 8) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute or otherwise comply with the orders of the Court.

A separate Final Judgment will be entered.

DONE this 14th day of February, 2024.

                                          /s/ Emily C. Marks
                                   EMILY C. MARKS
                                   CHIEF UNITED STATES DISTRICT JUDGE